2372-001

DeOrchis, Wiener & Partners, LLP
61 Broadway, 26th Floor
New York, NY 10006-2802
(212) 344-4700

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIA MARGHERITA PERACCHINO, and
MEDIAPRESS S.R.L.,

           Plaintiffs,

           FED. R. CIV. P.
           7.1 CERTIFICATION

    -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

           Defendants.
-----------------------------------------------------------------X

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for plaintiffs, MARIA MARGHERITA PERACCHINO, and MEDIAPRESS S.R.L., certifies that the following are corporate parents and/or subsidiaries of said parties which are publicly held: NONE

Dated: New York, New York
       April 23, 2007

                      DEORCHIS, WIENER & PARTNERS, LLP

                      By: _____
                      Francesco Di Pietro (FD 6383)
                      61 Broadway, 26th Floor
                      New York, New York 10006-2802
                      (212) 344-4700