# DECLARATION OF SERVICE BY MAIL

NADINE OTERO, declares that:

I am not a party to this action, am over 18 years of age, and reside in Queens, New York. I am a legal secretary for DeOrchis, Wiener & Partners, LLP, the attorneys for the within named Plaintiffs, with offices at 61 Broadway, 26th Floor, New York, New York 10006.

On May 17, 2007, I served upon:

> Mr. Vincenzo Marra
> 30-11 Parsons Blvd., Apt. 4B
> Flushing, NY 11354
>
> John Doe Company
> c/o Mr. Vincenzo Marra
> 30-11 Parsons Blvd., Apt. 4B
> Flushing, NY 11354

a true copy of the annexed:

*INITIAL CONFERENCE ORDER*

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2007

_____
NADINE OTERO