UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: DE ORCHIS & PARTNERS, LLP

---

MARIA MARGHERITA PERACCHINO, ETANO

                                  Plaintiff(s)

           - against -

VINCENZO MARRA, ETANO

                                  Defendant(s)

Index # 07 CV 3257 (SWAIN)

Purchased April 23, 2007

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

LINDEN BLACKMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 10, 2007 at 06:48 AM at

30-11 PARSONS BLVD
APT. 4B
FLUSHING, NY 11354

deponent served the within SUMMONS AND COMPLAINT on JOHN DOE COMPANY therein named,

**AFFIXING TO DOOR** by affixing a true copy of each to the door of said premises, which is the Defendant's actual place of business/usual place of abode within the state. Deponent was unable, with due diligence to find the Defendant or a person of suitable age and discretion, thereat, having called there on:

May 8, 2007 AT 12:47 PM
May 9, 2007 AT 9:23 PM
May 10, 2007 AT 6:48 AM

**MAILING** Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's last known residence/actual place of business at

30-11 PARSONS BLVD
APT. 4B
FLUSHING, NY 11354

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on May 11, 2007 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

ADDRESS VERIFIED BY ATTORNEY'S RECORDS ONLY.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 16, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

LINDEN BLACKMAN
License #: 871311
Invoice #: 439313

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728