UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

MARIA MARGHERITA PERACCHINO and
MEDIAPRESS S.R.L.,

               Plaintiff,

      -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

               Defendants.
----------------------------------------X

Civ. Action No.
07 Civ. 3257 (LTS)

**STIPULATION**





    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that:

    (1) The Defendants' time to move or answer with respect to the Complaint is hereby extended to July 17, 2007;

    (2) In the event the Defendants move to dismiss the Complaint, plaintiffs shall serve opposition papers to Defendants' motion to dismiss on or before August 16, 2007;

    (3) Defendants shall serve reply papers on or before September 12, 2007; and

    (4) The parties shall cooperate with a request to the Court to adjourn the Scheduling Order Conference now set by the Court for

August 22, 2007, to a date convenient for the Court.

Dated: New York, New York
       June 11, 2007

DeORCHIS, WIENER & PARTNERS, LLP                KAYSER & REDFERN, LLP

By: _____                      By: _____
    FRANCESCO DI PIETRO (FD 6383)                   LEO KAYSER III (LK 3550)
Attorneys for Plaintiffs                        Attorneys for Defendants
61 Broadway, 26th Floor                         515 Madison Avenue, 30th Fl.
New York, NY 10004-1480                         New York, NY 10022
212-344-4700                                    212-935-5057
File No.: 2372-001


SO ORDERED

_____ 6/15/07
Laura T. Swain, U.S.D.J.