```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIA MARGHERITA PERACCHINO and
MEDIAPRESS S.R.L.,                          Civ. Action No.
                                            07 Civ. 3257 (LTS)
                Plaintiff,

        -against-                           NOTICE OF MOTION TO
                                            DISMISS THE COMPLAINT
VINCENZO MARRA and
JOHN DOE COMPANY,

                Defendants.
----------------------------------------X
```

PLEASE TAKE NOTICE that upon the affidavit of LEO KAYSER, III, sworn to the 10th day of July, 2007, and the exhibits annexed thereto, and upon all prior pleadings and proceedings heretofore had herein, counsel for Defendants, will move this Court before the Honorable Laura Taylor Swain, at the United States Courthouse, 500 Pearl Street, New York, New York on September 25, 2007, or as soon thereafter as counsel may be heard for an order pursuant to Rules 12(b)(3) and 12(b)(6) of the Fed. R. Civ. P. dismissing the Plaintiffs' Amended Complaint.

Dated: New York, New York
       July 10, 2007

                                    Yours, etc.,

                                    KAYSER & REDFERN, LLP

                                    By: _____
                                        LEO KAYSER, III (LK 3550)
                                    Attorneys for Defendants
                                    515 Madison Avenue, 30th Fl.
                                    New York, NY 10022
                                    212-935-5057

TO:  FRANCESCO DI PIETRO (FD 6383)
     WUERSCH & GERING, LLP
     100 Wall Street, 21st Fl.
     New York, NY 10005
     212-509-4716