UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIA MARGHERITA PERACCHINO and
MEDIAPRESS S.R.L.,

    Civ. Action No.
    07 Civ. 3257 (LTS)

    Plaintiff,

-against-

    STIPULATION

VINCENZO MARRA and
JOHN DOE COMPANY,

    Defendants.
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2007

RECEIVED 6/14/07
CHAMBERS OF
LAURA TAYLOR SWAIN
U.S.D.J.

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the respective parties that:

    (1) The Defendants' time to move or answer with respect to the Complaint is hereby extended to July 17, 2007;

    (2) In the event the Defendants move to dismiss the Complaint, plaintiffs shall serve opposition papers to Defendants' motion to dismiss on or before August 16, 2007;

    (3) Defendants shall serve reply papers on or before September 12, 2007; and

    (4) The parties shall cooperate with a request to the Court to adjourn the Scheduling Order Conference now set by the Court for

Exhibit C

August 22, 2007, to a date convenient for the Court.

Dated: New York, New York
       June 11, 2007

DeORCHIS, WIENER & PARTNERS, LLP

By: _____
    FRANCESCO DI PIETRO (FD 6383)
Attorneys for Plaintiffs
61 Broadway, 26th Floor
New York, NY 10004-1480
212-344-4700
File No.: 2372-001

KAYSER & REDFERN, LLP

By: _____
    LEO KAYSER, III (LK 3550)
Attorneys for Defendants
515 Madison Avenue, 30th Fl.
New York, NY 10022
212-935-5057

SO ORDERED

_____ 6/15/07
Laura T. Swain, U.S.D.J.

2

# KAYSER & REDFERN LLP

515 MADISON AVENUE, 30TH FLOOR
NEW YORK, N.Y. 10022
(212) 935-5057

E-MAIL
lkayser@515law.com

FAX
(212) 935-6424

July 9, 2007

**Via Mail and**
**Fax:** 212-509-9559

Francesco Di Pietro, Esq.
Wuersch & Gering, LLP
100 Wall Street, 21st Fl.
New York, NY 10005

> Re: Maria M. Peracchino and MediaPress
> v. Vincenzo Marra and John Doe Company
> Civ Action No.: 07 Civ. 3257 (LTS)
> Your File No.: 2372-001

Dear Mr. DiPietro

    Judge Schwain's rules require counsel "prior to making a motion of any type" to "use their best efforts to resolve informally the matters in controversy". Defendants are of the opinion that none of the ten counts in the Amended Complaint state a claim upon which relief can be granted. I am prepared to discuss each of the ten counts by telephone at your convenience to explain why each fails to state a claim.

    Furthermore, it is apparent to me from the pleading, that this case should have been brought in Italy and certainly not in New York. We are prepared to stipulate to Plaintiffs' voluntary dismissal of the case in exchange for defendants' agreement to be subject to service in Italy.

    If we can reach agreement on the above, we will avoid needless motion practice before Judge Schwain.

Yours very truly,

Leo Kayser, III

LK:dm
cc: Vincent Marra

Exhibit D