UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARIA MARGHERITA PERACCHINO, and
MEDIAPRESS S.R.L.,                                            07 CIVIL 3257 (LTS)

                                     Plaintiffs,

                 -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

                                      Defendants.
------------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: <u>Francesco Di Pietro</u>

☐     *Attorney*

       ☒     I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>FD 6383</u>

       ☐     I am a Pro Hac Vice attorney

       ☐     I am a Government Agency Attorney

☐     *Law Firm/Government Agency Association*

            From:     <u>DeOrchis Wiener & Partners, LLP</u>

            To:        <u>Wuersch & Gering LLP</u>

       ☒     I will continue to be counsel of record on the above-entitled case at my new firm/agency.

       ☐     I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐     *Address:*            <u>100 Wall Street, 21st Floor, New York, NY 10005</u>

☐     *Telephone Number:*     <u>212-509-5050</u>

☐     *Fax Number:*       <u>212-509-9559</u>

☐     *E-Mail Address:*      <u>francesco.dipietro@wg-law.com</u>

Dated: <u>07/12/07</u>