UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARIA MARGHERITA PERACCHINO, and
MEDIAPRESS S.R.L.,                                                               07 CV 3257

                                Plaintiffs,

                                                                              **SUBSTITUTION**
                                                                              **OF COUNSEL**

            -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

                              Defendants.
-----------------------------------------------------------X

       Plaintiff hereby substitutes as counsel the law firm of Wuersch & Gering LLP, located at 100 Wall Street, New York, New York 10005, in place and stead of the law firm of DeOrchis Wiener & Partners, LLP, located at 61 Broadway, New York, New York 10006.

Dated: New York, New York
       July 6, 2007

                                                Wuersch & Gering LLP
                                                Attorneys for Plaintiff

                                                By:_____
                                                   Francesco Di Pietro (FD 6383)
                                                   100 Wall Street, 21st Floor
                                                   New York, NY 10005
                                                   (212) 509-5050

                                               DeOrchis Wiener & Partners, LLP
                                               Former Attorneys for Plaintiff

                                               By:_____
                                                   Cary R. Wiener (CW 5766)
                                                   61 Broadway
                                                   New York, New York 10006
                                                   (212) 344-4700