## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
MARIA MARGHERITA PERACCHINO
and MEDIAPRESS S.R.L.,

                      Plaintiffs,              07 Civ. 3257 (LTS)

      -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

                      Defendants.
----------------------------------------------------X

State of New York      )
                             ) S.S.
City of New York       )

        Gayle Eisenberg, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Kings County, New York. On August 21, 2007, deponent served a copy of the within Memo Endorsed upon the following:

        Leo Kayser, III, Esq.
        Kayser & Redfern, LLP
        515 Madison Avenue, 30th Floor
        New York, NY 10022

at the address designated by these attorneys for such service, by depositing a true and correct copy of same in a proper United States Mail wrapper in a United States Post Office Post Box, duly marked as same, affixed with the proper postage, for the purpose of mailing by first class mail such papers to the addressees identified above.

                                                               /s/ Gayle Eisenberg
                                                                 Gayle Eisenberg

Sworn to before me on
August 21, 2007

/s/ Notary Public

SAMUEL D. LEVY
Notary Public, State of New York
No. 02-LE6005091
Qualified in New York County
Commission Expires April 6, 2010

100 Wall Street, 21st Floor
New York, NY 10005
Tel. 212-509-5050
Fax 212-509-9559

# WUERSCH & GERING LLP
ATTORNEYS AT LAW

August 17, 2007

Via Fax: 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Courtesy Copy - Original Filed ECF

Re: Maria Margherita Peracchino et al. v. Vincenzo Marra et al.
United States District Court, Southern District of New York
07-CV-3257 (LTS)
Our File: 11023-2

Dear Honorable Judge:

We are attorneys for Maria Margherita Peracchino and MediaPress S.r.l., the plaintiffs in the above-referenced action. This letter is being respectfully submitted jointly by counsel for all parties.

On or about July 17, 2007, defendants filed a motion to dismiss the complaint. On August 16, 2007, plaintiffs filed an opposition to defendants' motion and cross-moved to amend the complaint in the event that defendants' motion is granted.

By reason of the foregoing, and while the motion and cross-motion are pending, the parties wish to request an adjournment of the pre-trial conference which is currently scheduled to take place on August 22, 2007, to a date, at the convenience of this Honorable Court, which is after decisions on the pending motions have been issued. The parties also wish to request an adjournment of the date by which they shall submit the Preliminary Pre-Trial Statement up to seven (7) days prior to the new pre-trial conference date, if any.

We thank the Court for its attention to this matter.

*The conference is adjourned to November 30, 2007, at 10:00AM and the related deadlines are modified accordingly.*

SO ORDERED.

_____
LAURA TAYLOR SWAIN
8/20/2007

Respectfully submitted,
Wuersch & Gering LLP

Francesco Di Pietro

TOTAL P.02