USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   AUG 2 1 2007

**WUERSCH & GERING** LLP

A T T O R N E Y S   A T   L A W

100 Wall Street, 21st Floor
New York, NY 10005
Tel. 212-509-5050
Fax 212-509-9559

August 17, 2007

Via Fax: 212-805-0426

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

## MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing or
otherwise delivering promptly a copy to all counsel
and unrepresented parties and filing a certificate of
such service within 5 days from the date hereof. Do
not fax such certification to Chambers.

**Courtesy Copy - Original Filed ECF**

Re:    Maria Margherita Peracchino et al. v. Vincenzo Marra et al.
       United States District Court, Southern District of New York
       07-CV-3257 (LTS)
       Our File: 11023-2

Dear Honorable Judge:

We are attorneys for Maria Margherita Peracchino and MediaPress S.r.l., the plaintiffs in the above-referenced action. This letter is being respectfully submitted jointly by counsel for all parties.

On or about July 17, 2007, defendants filed a motion to dismiss the complaint. On August 16, 2007, plaintiffs filed an opposition to defendants' motion and cross-moved to amend the complaint in the event that defendants' motion is granted.

By reason of the foregoing, and while the motion and cross-motion are pending, the parties wish to request an adjournment of the pre-trial conference which is currently scheduled to take place on August 22, 2007, to a date, at the convenience of this Honorable Court, which is after decisions on the pending motions have been issued. The parties also wish to request an adjournment of the date by which they shall submit the Preliminary Pre-Trial Statement up to seven (7) days prior to the new pre-trial conference date, if any.

We thank the Court for its attention to this matter.

*The conference is adjourned to November 30, 2007, at 10:00 AM and the related deadlines are modified accordingly.*

**SO ORDERED.**

Respectfully submitted,
Wuersch & Gering LLP

Francesco Di Pietro

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
8/20/2007