

PASSAPORTO / PASSPORT / PASSEPORT

REPUBBLICA ITALIANA

Tipo, Type, Type (1)  P
Codice paese, Code of issuing State, Code du pays émetteur (2)  ITA
Cognome, Surname, Nom (1)  MARRA
Nome, Given Names, Prénoms (2)  VINCENZO
Cittadinanza, Nationality, Nationalité (3)  ITALIANA
Data di nascita, Date of birth, Date de naissance (4)  14 Set/Sep 1948
Sesso, Sex, Sexe (5)  M
Luogo di nascita, Place of birth, Lieu de naissance (7)  ROMA (RM)
Data di rilascio, Date of issue, Date de délivrance (6)  31 Gen/Jan 2003
Data di scadenza, Date of expiry, Date d'expiration (8)  30 Gen/Jan 2008
Autorità, Authority, Autorité (9)  PER IL MINISTRO
Vice Console Aggiunto
Geneleno Sedebiari

Passaporto N°, Passport N°, Passeport N°  A 329610

UNIONE EUROPEA
UNIÓN EUROPEA
DEN EUROPÆISKE UNION
EUROPÄISCHE UNION
ΕΥΡΩΠΑΪΚΗ ΈΝΩΣΗ
EUROPEAN UNION
UNION EUROPÉENNE
AN TAONTAS EORPACH
EUROPESE UNIE
UNIÃO EUROPEIA
EUROOPAN UNIONI
EUROPEISKA UNIONEN

REPUBBLICA ITALIANA
REPÚBLICA ITALIANA
DEN ITALIENSKE REPUBLIK
ITALIENISCHE REPUBLIK
ΙΤΑΛΙΚΗ ΔΗΜΟΚΡΑΤΙΑ
THE ITALIAN REPUBLIC
RÉPUBLIQUE ITALIENNE
POBLACHT NA hIODÁILE
ITALIAANSE REPUBLIEK
REPÚBLICA ITALIANA
ITALIAN TASAVALTA
REPUBLIKEN ITALIEN

PASSAPORTO
PASAPORTE / PAS / REISEPASS / ΔΙΑΒΑΤΗΡΙΟ / PASSPORT
PASSEPORT / PAS / PASPOORT / PASSAPORTE / PASSI / PASS

1

P<ITAMARRA<<VINCENZO<<<<<<<<<<<<<<<<<<<<<<<<
A329610<<3ITA4809142M0801300<<<<<<<<<<<<<<<<0