News ITALIA PRESS agenzia stampa – May 22, 2007

## The Chief Characters who have tried "to derail" News Italian Press have been sued for "attempting to put the company out of business".

Last March 23, 2007, the President of the agency News ITALIA PRESS, MediaPress S.r.l. (MP) has filed a law suit at the "Procura della Repubblica di Torino" (Italian Court) against: **Vincenzo Marra, Paolo Zinni, Armando Miccoli, Rodolfo Putignani, Leonardo Cilia, Giuliano Michelucci, Ricci** (first name unknown), **Eleonora Canallini, Amendolagine** (perhaps Antonio), **Antonio Ricucci, Riccardo Piana**. On April 2, 2007 the lawsuit has been assigned to the Court of Ivrea. A second lawsuit has been filed in the United States against **Vincenzo Marra** (former strong man of NIAF – National Italian American Foundation – and OSIA –Order Sons of Italy in America-, now at the helm of a Foundation, ILICA – Italian language Inter-Cultural Alliance-, founded by him together with another subject part of this project, Paolo Zinni, supported by political influential friends, real or invented, in the capital city of Rome). The lawsuit has been filed at the **United States District Court Southern District of New York.** The lawsuit explains how Marra has cheated MediaPress and their associates by directing a complicated plan involving other individuals and companies, some of them fictitious, so that **MP ask for a qualified damage reward (from Marra) for having attempted to put Mp out of business**.
**A third lawsuit** has been filed in France with the Nice District Attorney and to the **Procura del Principato di Monaco (Montecarlo)**, against **Leonardo Cilia** and **Rodolfo Putignani** for great larceny and association in organized crime.

**Eleven the characters sued because** for two years, starting in 2004 and for the entire 2006, came into the life of MP and crumbled the company by carrying it to the verge of bankruptcy. A story very complicated. **A lawsuit filed only in the first months of 2007 because only by February of his year has been possible to rebuild the entire story of "responsibilities"** by gluing together all the pieces.

"In 2004 the company (MP) had **a development plan that**, once developed, **would have destabilized certain assets** representing the old establishment of the Italians abroad. An underworld made by a third category lobbying activity, ghost companies managed by the "owners" and financed by the Italian Government with Italian public money" declares **Margherita Peracchino**, President of **Media Press** and Director of **News ITALIA PRESS**. "3 years of

lying, cheating and performances to derail a company from one person to another one, all connected among themselves, and thanks also to the support of certain organizations, **they wanted stop us. I would never imagine that we scared them so much to the point of creating a special three year plan** to destroy our company by involving so many people enough for casting a movie.

Their job, Margherita Peracchino added, has been perfect "by one side, they moved slowly by making sure that every action would appear natural and the simple happening of wrong operations and wrong planning, was the result of the inability of the company principal, me. By doing so, they have financially crumbled the company and they have destroyed the company's credibility with those who were working within the company. The logic consequence was the lost of MP vital asset, the know-how represented by the team of employees and consultants without mentioning the loss of financial credit, suppliers and some Clients; by the other side, they have destroyed me financially in term of credibility, personal reputation and last, but not least, banking accounts. I had to sell every family's possession. When by the end of December 2006 the company had no more cash available nor credibility to apply for extra loans, with an endless list of debts, all the employees and consultants had resigned, they "dropped the bone" (mollato l'osso) and they disappeared. Their job was eventually done in the best possible way."

"**Now I am waiting for justice to take its course as I do not intend surrender to that group of gentlemen. Right after that my job will resume.**" Peracchino concludes." I thank all those people that, quietly, are working to reveal the truth and to resume the original working plan."

**All the details of this story will be given to the press in the next few days.**

 *breaking italicity news* 

| Ricerca | | HOME | Newsletter gratis | My MIM | MediaPress | Commerc |

**dalla REDAZIONE**

NIP
   Primo Piano
   Politica
   Italiani nel Mondo
   Italici nel Mondo
   Cultura
   Territorio

Italic Business News
Archivio Italic Business News
Speciali
le Firme di NIP

**Servizi**
 Scarica Nip

**Rete portali italici MediaPress S.r.l.**

→ Italici.net
→ NewsitaliaPRESS
→ Media & Comunicatori Italici
→ Piemontesi nel mondo
→ Lombardi nel mondo
→ World Sicily



**Sponsor**





Home > NIP > Italiani nel Mondo

Notiziario NIP - News ITALIA PRESS agenzia stampa - N° 93 - Anno XIV, 22 maggio 2007

## Denunciati gli artefici del 'dirottamento' di News ITALIA PRESS per "aver tentato di mettere fuori mercato la società"



*Torino* - Lo scorso 23 marzo 2007, l'Amministratore della società editrice dell'agenzia stampa *News ITALIA PRESS*, MediaPress S.r.l., ha presentato denuncia alla Procura della Repubblica di Torino, contro: **Vincenzo Marra, Paolo Zinni, Armando Miccoli, Rodolfo Putignani, Leonardo Cilia, Giuliano Michelucci,** Ricci (è sconosciuto il nome di battesimo), **Eleonora Canallini, Amendolagine** (forse Antonio), **Antonio Ricucci, Riccardo Piana.** Il 2 aprile la denuncia è stata trasferita al Tribunale d'Ivrea.

**Una seconda denuncia è stata presentata negli Stati Uniti contro** quello che viene considerato il personaggio principale della vicenda oggetto della denuncia, l'italo-americano **Vincenzo Marra** (ex uomo forte di NIAF -National Italian American Foundation- e OSIA -Order Sons of Italy in America-, ora a capo di una Fondazione, ILICA -Italian Language Inter-Cultural Alliance-, da lui costituita insieme ad un altro personaggio implicato in questa vicenda, Paolo Zinni, con ostentate, o forse millantate, amicizie nei palazzi romani che contano). La denuncia è stata presentata al **Tribunale Federale del Distretto Meridionale di New York**. La denuncia sostiene che Marra abbia aggirato la MediaPress ed i suoi soci con uno schema complesso che coinvolge altri individui ed imprese, alcune di esse fittizie, e **presenta una richiesta qualificata di danni per**

Documenti
La mappa de

Nella sezione

22 maggio 2007
appuntamento C
Francoforte in ra

22 maggio 2007
lavoro: un punto
un punto d'arriv

22 maggio 2007
l'inefficienza del
impossibile il lav
all'estero

22 maggio 2007
nel Mondo celeb
Piemonte

22 maggio 2007
italiano nel calci

Altre Notizie

Servizi e prodo

Accedi ai servizi
non hai ancora a
*Card fai* **clic qui**
funziona



http://www.newsitaliapress.it/interna.asp?sez=266&info=135843       5/22/2007










aver tentato di mettere fuori mercato la società.
Una terza denuncia è stata presentata in Francia, al **Giudice Istruttore di Nizza**, e sul Principato di Monaco, alla **Procura del Principato di Monaco** contro **Leonardo Cilia** e **Rodolfo Putignani** per **truffa aggravata e associazione a delinquere**.

**Undici, dunque, i soggetti denunciati** che nell'arco di due anni, a partire dal 2004 e per tutto il 2006, sono entrati nella vita della società sgretolandola e portandola gradualmente sull'orlo del crollo. Una vicenda molto intricata. Una **denuncia presentata solo nei primi mesi del 2007 in quanto solo a febbraio di quest'anno è stato possibile ricostruire l'intera vicenda in un quadro di "responsabilità"** mettendo insieme i vari tasselli.

"*Nel 2004 la società aveva un piano di sviluppo che l'attuazione avrebbe destabilizzato certi assetti* che rappresentano il vecchio establishment dell'italianità all'estero, un sottobosco fatto di un composto di lobbismo di terza categoria, entità più o meno fantasma ad uso e consumo di chi le 'possiede' fondi pubblici provenienti dallo stato italiano" dice **Margherita Peracchino**, Amministratore di **MediaPress** e Direttore di **News ITALIA PRESS**. "3 anni di bugie, imbrogli e sceneggiate per dirottare una società da una persona all'altra, tutte riconducibili tra di loro, e grazie anche agli 'accreditamenti' di certe organizzazioni: **hanno voluto fermarci. Non avrei mai immaginato che facessimo così tanto paura da dover mettere in atto un piano di distruzione della società della durata di quasi tre anni** e che ha coinvolto un numero di persone degno di un cast cinematografico".
Il loro, in effetti, continua Margherita Peracchino, è stato un lavoro perfetto "*da una parte, con metodo e lentezza, facendo in modo che tutto apparisse naturale e come il semplice concatenarsi di fatti fortuiti e operazioni sbagliate, frutto dell'incapacità di chi dirigeva l'azienda, io, hanno sgretolato la società finanziariamente e in termini di credibilità nei confronti di chi in essa operava, con la logica conseguenza di spogliarla di uno dei suoi patrimoni principali, il know-how racchiuso nella squadra di dipendenti e collaboratori, per non parlare della perdita di credito e immagine nei confronti di banche, fornitori e alcuni Clienti; dall'altra hanno distrutto me personalmente, sia finanziariamente -portandomi a spogliarmi di ogni avere della mia famiglia- sia in termini di credibilità e reputazione, non ultima anche bancaria. Quando, a fine dicembre 2006, la società non aveva più una sola lira in cassa, era sommersa dai debiti, e tutto il gruppo di dipendenti e collaboratori aveva lasciato l'azienda, mentre io non avevo più un soldo, né la credibilità per andare a cercare sostegni che mi permettessero di rimettere in piedi la società, hanno mollato l'osso e sono scomparsi. Il loro lavoro, in effetti, era finito, e nel migliore dei modi*"
"*Ora **attendo che la Giustizia faccia il suo lavoro, finito il quale riprenderà il mio, visto che non ho nessuna intenzione di darla vita a questo manipolo di gentiluomini*" conclude Peracchino. "*Ringrazio tutte le persone che, nel silenzio, stanno



*lavorando affinché la verità venga a galla e per il ripristino del piano di lavoro originale".*

**La vicenda nei dettagli sarà resa nota alla stampa nei prossimi giorni**.

News ITALIA PRESS

**Partner**





Stampa questo articolo  |  Invia questo articolo

→ Radiotelevisione svizzera di lingua italiana
→ Swissinfo
→ Italbiz
→ Img publish
→ Ernst & Young
→ Messaggero di Sant'Antonio



© Copyright News ITALIA PRESS di MediaPress S.r.l. 2002-2004 - Tutti i diritti riservati
News ITALIA PRESS– Testata registrata al Tribunale di Ivrea (Torino, Italy) N° 166 del 01.03.1994
Le notizie del Notiziario NIPsono offerte in lettura gratuitamente.
L'utente è obbligato a non riprodurre alcun dato, informazione, immagine, testo del Notiziario NIP(in forma integrale o riscritta), nonché a non ritrasmetterli, nemmeno via internet, a non ristamparli, fotocopiarli, distribuirli, pubblicarli, commercializzarli, concederli in prestito o locazione, farli circolare in alcun mondo, e ciò anche all'interno dell'organizzazione, associazione, azienda presso cui operi. La pubblicazione delle notizie del Notiziario NIP(sia su supporto cartaceo che elettronico di qual si voglia forma, ivi compreso internet) e la diffusione via radio e TV è riservata esclusivamente agli abbonati, i quali potranno riprendere e ripubblicare, con il solo vincolo della pubblicazione integrale senza alcuna manipolazione e la citazione della fonte, le news del Notiziario.

Per abbonamento clicca qui

