*Dr. Giuseppe Vasapollo*

*Dr. Commercialista & Revisore Contabile. C.P.A. & Tax Attorney*

Roma, 17 Ottobre 2005

Attenzione
VINCENZO MARRA
Via email: italbyuty@aol.com

Oggetto: MEDIAPRESS SRL – Analisi societaria

Caro Vincenzo

Faccio seguito alla mia recente visita presso gli uffici di Torino della Mediapress Srl, per incontrarmi con la Presidente, Sig.ra Peracchino, raccogliere i bilanci ed altre documentazioni finanziarie. E faccio pure seguito ad alcune telefonate con lo studio professionale del Dr. DePaoli, il commercialista della societa'.

Da una attenta analisi del bilancio dello scorso anno confermo grossomodo quello che ci eravamo gia' detti telefonicamente. La Mediapress volge in una drammatica situazione di imminente fallimento.

Il Patrimonio Netto ha sofferto una fortissima riduzione ad un valore di €25,000 – Il Capitale Sociale di costituzione era di €110,000. Il Codice Civile dice (Artt. 2445-46-47) che la societa' con un Patrimonio Netto ridotto entro 1/3 del Capitale Sociale (cioe' non meno di €73,333) deve entro un anno recuperare la differenza o, in alternativa, ridurre il Capitale Sociale con un atto pubblico dal Notaio che viene poi registrato e pubblicato presso il nostro Ufficio del Registro. In caso addirittura il Patrimonio Netto si fosse ridotto ad un valore superiore a 1/3 del Capitale Sociale, l'amministrazione senza ulteriori ritardi DEVE obbligatoriamente ridurre il Capitale Sociale al nuovo valore. Dai documenti allegati al bilancio, il verbale e la relazione, non risulta alcuna risoluzione in merito.

Nel 2004 la societa' ha subito una perdita netta di €234,000 subendo altresi' una riduzione sul fatturato che e' passato da €242,000 nel 2003 a soltanto €117,000 nel 2004.

Dal bilancio 2004 e dalla nota integrative allegata, che ti ricordo essere un document obbligatorio del bilancio, si afferma che l'amministrazione pianifica di ridurre parzialmente le perdite attraverso un finanziamento pubblico (ogni anno il governo italiano destina dei fondi agli organi di stampa). Comunque, non ci sono garanzie sull'ottenimento di tali fondi e sulla loro assegnazione alla Mediapress srl.

Inoltre viene affermato che parte della responsabilita' delle grandi perdite e' da attribuire alla mancanza di un vero ufficio Commerciale e di Marketing. La Presidente di Mediapress ha gestito tutti gli incarichi in prima persona fino ad ora. Sembra che una societa' di consulenza esterna abbia ottenuto l'appalto per gestire gli uffici appunto Commerciale e di Marketing, ma alla data odierna sembra che la stessa societa' abbia rinunciato all'incarico.

Anche il cash-flow di Mediapress e' abbastanza disastroso. La societa' ha alle proprie dipendenze un team di giornalisti a tempo pieno e parziale. Il costo di gestione dei dipendenti e dei collaboratori supera di gran lunga le entrate pubblicitarie, che rappresentano gli incassi di piu' agevole realizzo.

Piazza Finocchiaro Aprile 3. ROMA. 00181
Tel:. +39-335-817-4555 * Fax: 178-224-8415
P.IVA: 10150290582 – C.F.: VSP GPP 68E13 H501L
www.vasapollo.it                                    giuseppe@vasapollo.it

*Dr. Giuseppe Vasapollo*

*Dr. Commercialista & Revisore Contabile. C.P.A. & Tax Attorney*

Il recente bilancio contabile di medio termine, aggiornato al 31/08/2005 continua a mostrare un trend negativo. La perdita prevista potrebbe superare €180,000, anche se l'amministrazione ed il commercialista prevedono una meno pessimistica perdita.

Percio' mi sento di affermare che dopo una ulteriore attenta analisi le possibilita' di salvare Mediapress non esistono in quanto le condizioni in cui versa propendono realmente verso un fallimento.

E poiche' nella tua lunga vita imprenditoriale non sei mai stato attivo nel settore della comunicazione, mi sento, come tuo commercialista, di sconsigliarti qualsiasi investimento nella societa' Mediapress.

Comunque, ove conoscessi imprenditori che gia' operano nel settore, ritengo che il modo meno traumatico di operare un intervento non sia di investire nella Mediapress ma di comportarsi come segue.

1. Costituire una nuova SRL con Capitale Sociale non inferiore a €70,000, che si intende essere solo il valore di start up ed a cui deve seguire necessariamente un successive investimento di circa €200,000 per il primo anno di attivita'. Agli investitori spetterebbe il controllo totale mentre alla Peracchino potrebbe venire assegnata una quota sicuramente non superiore al 10%.

2. Mediapress cedera' in affitto di ramo di azienda, la struttura ed il suo know-how alla nuova SRL. Potrebbe essere utile stabilire un valore di affitto pluriennale variabile. Mediapress continuera' a mantenere propri i suoi marchi e le eventuali registrazioni.

3. Una vera e reale formazione dell'ufficio Commerciale e di Marketing. Questi settori dovranno necessariamente essere gestiti dalla SRL di nuova costituzione.

Certifico con la presente di aver effettuato le mie ricerche ed analisi utilizzando i miei strumenti professionali e le mie conoscenze e che il risultato di questa consulenza rappresenta la mia opinione professionale ed il giudizio piu' equilibrato sull'oggetto e che in nessun caso si intende esclusivo di ulteriori sviluppi, soluzioni o problemi.

Resto a tua disposizione per ogni altra informazione e per rispondere a tutte le tue domande sull'argomento.

Un caro saluto

**Giuseppe Vasapollo**

Piazza Finocchiaro Aprile 3. ROMA. 00181
Tel:. +39-335-817-4555 * Fax: 178-224-8415
P.IVA: 10150290582 – C.F.: VSP GPP 68E13 H501L
www.vasapollo.it                                              giuseppe@vasapollo.it

*Dr. Giuseppe Vasapollo*

*Dr. Commercialista & Revisore Contabile. C.P.A. & Tax Attorney*

Roma, October 17th 2005

To:
VINCENZO MARRA
Via email: italbyuty@aol.com

Re: MEDIAPRESS SRL – Company check-up

Dear Mr. Marra

As of my recent visit at Mediapress Srl Turin office, I've been able to meet its President, Mrs. Peracchino, gather some company financial documentation and I also had a few phone conversations with the company's CPA, Dr. DePaoli.

A deep analysis of past year financial statements confirms what we already discussed over the phone. The company is in serious and dramatic bankruptcy situation.

Net Equity suffered a huge drop down to €25,000 - the original Incorporation Equity was at €110,000. Italian civil law says (Art. 2445-46-47 Codice Civile) that a company with a net Owner's Equity reduced within 1/3 (i.e., no less than €73,333) of its original incorporation equity must recover the loss within a year or, alternatively, must reduce its Equity to the new value (with a Notary public act registered at the "Ufficio del Registro"). In case the Net Equity is below 1/3 of its original value the company without any further delay MUST reduce its Incorporation Equity to the new value. As of the officially registered Financial Statement & Balance Sheet there's not been any resolution according to law.

In 2004 the company realized a net loss of €234,000 with another big decrease in the Income from Operations, 242,000 in 2003 and just 117,000 in 2004.

As of 2004 financial statement and its "nota integrativa" a mandatory attached document to the Italian balance sheet, they say it is planned to partially recover the huge losses with Public funding (the Italian Government is used to allot funds to media companies). However, there's no guarantee whether any funding will be assigned to Mediapress srl.

Again in this attached document they say that Marketing and Commercial departments have virtually been nonexistent and the main reason of the huge losses. Mediapress' President took care for every business aspect. Apparently an external consulting company has been recently hired to build and manage the above mentioned Marketing & Commercial depts. but as of today, it seems this consulting company resigned from its job.

Mediapress' cash flow is also terrible. There is a team of journalists employed full and part time. Their cost is not even matched by the advertising revenues.

The recent 2005 mid-term accounting and balance sheet (as of 08/31/2005) shows an additional negative trend. The current loss could eventually go further €180,000, even though the company's management and CPA forecast the loss within a more limited range.

Piazza Finocchiaro Aprile 3. ROMA. 00181
Tel:. +39-335-817-4555 * Fax: 178-224-8415
P.IVA: 10150290582 – C.F.: VSP GPP 68E13 H501L
www.vasapollo.it                    giuseppe@vasapollo.it

Dr. Giuseppe Vasapollo

Dr. Commercialista & Revisore Contabile. C.P.A. & Tax Attorney

So, as of the current analysis and the past communications my opinion is that Mediapress is in a bankruptcy situation and cannot be saved.

Since you have never been in the communication business I strongly advise you to avoid any personal or business investment in Mediapress.

However, any company specialized in communication business should possibly consider the following proposal.

1. Form a new corporation (SRL=Limited Company). Incorporation Equity should be about €70,000, this to be intended as start up equity with a following investment of about €200,000 for running a year of business. The investor team will hold the control and will allow Mrs. Peracchino a small share, no more than 10%.

2. Mediapress will lease its know-how and business structure to the new company. The rental fee will be settled according to a multi-year plan. Mediapress will keep on holding its trademark and all its registrations.

3. A real refurbishing of the Marketing & Commercial policies. This branch will exclusively and totally be managed by the new company.

I certify that I've performed my research using all my professional tools and knowledge and that the analysis is the result of my professional opinion and represent my most balanced judgment and in no case is intended to be exclusive of other solutions and problems.

I'm at your disposal for further information and to answer to any question you might arise on the issue.

Best Regards

Giuseppe Vasapollo

Piazza Finocchiaro Aprile 3. ROMA. 00181
Tel:. +39-335-817-4555 * Fax: 178-224-8415
P.IVA: 10150290582 – C.F.: VSP GPP 68E13 H501L
www.vasapollo.it                                             giuseppe@vasapollo.it