UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MARIA MARGHERITA PERACCHINO and
MEDIAPRESS S.R.L.,                          Civ. Action No.
                                            07 Civ. 3257 (LTS)
            Plaintiff,

    -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

            Defendants.
----------------------------------------X

### DECLARATION OF CLAUDIO CAMILLI

Pursuant to U.S.C. 28 §1746, Claudio Camilli declares as follows:

1. My name is Claudio Camilli and I am an attorney admitted to practice before the Courts of the Republic of Italy and am a partner in the international law firm of Baker & McKenzie, where I am located in its office in Milan, Italy. I make this declaration in support of Defendants' motion to dismiss Plaintiffs' complaint after reading the declaration of Giovanni Cane. The information contained herein is in my personal knowledge in as much as I have been actively engaged in the practice of law in the area of commercial litigation in Italy since my admission to the Italian bar on September 10, 1959.

2. In addition to the general personal jurisdiction that Italian Courts can exercise over parties residing in Italy, Italian Courts have jurisdiction in all cases covered by EU Regulation n. 44/2001, which include, among others, the situations in which Italy

is the place where (i) a contractual obligation is to be performed, and (ii) the damage caused by a tort has occurred (art. 5). In case of multiple defendants, the residence in Italy of one of them is sufficient to establish the Italian jurisdiction on all.

3. Italian Courts have effective compelling powers to force non-party witnesses to render their depositions, including forced escorting of the person to the Court under police custody (art. 255 of the Code of civil procedure). The refusal of the witness to respond to the questions constitutes a criminal offence (art. 366 of the Criminal Code).

I declare under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2007

_____
Claudio Camilli