## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  .ss.:
COUNTY OF NEW YORK)

CHRISTOPHER RODRIGUEZ, being duly sworn says:

I am not a party to the within action, am over 18 years of age, with an address at 159 South 2nd Street, Brooklyn, New York.

On September 12, 2007, I served a true copy of the within **AFFIDAVIT OF VINCENZO MARRA IN FURTHER SUPPORT OF MOTION TO DISMISS THE COMPLAINT, DEFENDANTS' MEMORANDUM OF LAW IN REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AND IN OPPOSITION TO PLAINTIFFS' CROSS-MOTION TO FILE A SECOND AMENDED COMPLAINT and DECLARATION OF CLAUDIO CAMILLI** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

FRANCESCO DI PIETRO (FD 6383)
WUERSCH & GERING, LLP
100 Wall Street, 21st Fl.
New York, NY 10005
Tel: 212-509-5050

_____
Christopher Rodriguez

Sworn to before me this
12 day of September, 2007

_____
Notary Public
DEBORAH MOORE
Notary Public, State of New York
No. 01MO4818549
Qualified in New York County
Commission Expires October 31, ~~1998~~ 2010