UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARIA MARGHERITA PERACCHINO
and MEDIAPRESS S.R.L.,

        Plaintiffs,      07 Civ. 3257 (LTS)

  -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

        Defendants.
-------------------------------------------------------X

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs MARIA MARGHERITA PERACCHINO and MEDIAPRESS S.R.L. hereby voluntarily dismiss this action against Defendant JOHN DOE COMPANY only, without prejudice. This action shall continue against Defendant VINCENZO MARRA.

Dated: December 14, 2007      Wuersch & Gering LLP
    New York, New York       Attorneys for Plaintiffs

                By: _____
                Francesco Di Pietro (FD 6383)
                100 Wall Street, 21st Floor
                New York, New York 10005
                (212) 509-5050