EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARIA MARGHERITA PERACCHINO
and MEDIAPRESS S.R.L.,

        Plaintiffs,     07 Civ. 3257 (LTS)

  -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

        Defendants.
-------------------------------------------------X

## VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs MARIA MARGHERITA PERACCHINO and MEDIAPRESS S.R.L. hereby voluntarily dismiss this action against Defendant JOHN DOE COMPANY only, without prejudice. This action shall continue against Defendant VINCENZO MARRA.

Dated: December 14, 2007     Wuersch & Gering LLP
   New York, New York      Attorneys for Plaintiffs

                By: _____
                Francesco Di Pietro (FD 6383)
                100 Wall Street, 21st Floor
                New York, New York 10005
                (212) 509-5050

## Notices

1:07-cv-03257-LTS Peracchino et al v. Vinceno et al
ECF

## U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Di Pietro, Francesco on 12/14/2007 at 6:01 PM EST and filed on 12/14/2007

**Case Name:**       Peracchino et al v. Vinceno et al
**Case Number:**     1:07-cv-3257
**Filer:**           Maria Margherita Peracchino
                     Mediapress S.R.L.
**Document Number:** 26

**Docket Text:**
**NOTICE of Voluntary Dismissal Without Prejudice Against Defendant John Doe Company. Document filed by Maria Margherita Peracchino, Mediapress S.R.L.. (Di Pietro, Francesco)**

**1:07-cv-3257 Notice has been electronically mailed to:**

Francesco Amalio Di Pietro     francesco.dipietro@wg-law.com, gayle.eisenberg@wg-law.com

Leo Kayser, III     lkayser@515law.com

**1:07-cv-3257 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=12/14/2007] [FileNumber=4093320-0] [a1d56ee79bf1ae94207c31b5a26c5ac81cc116d5f6ef48c9aac386e3e3733d7175 8ed5f701aabb84d256c42164eb90a9b856d44433ff142372bce0b1af14780e]]