## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                               .ss.:
COUNTY OF NEW YORK)

      CHRISTOPHER RODRIGUEZ, being duly sworn says:

    I am not a party to the within action, am over 18 years of age, with an address at 159 South 2nd Street, Brooklyn, New York.

    On December 21, 2007, I served a true copy of the within **DEFENDANT'S REPLY MEMORANDUM OF LAW ON QUESTION OF DIVERSITY JURISDICTION** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

FRANCESCO DI PIETRO (FD 6383)
WUERSCH & GERING, LLP
100 Wall Street, 21st Fl.
New York, NY 10005
Tel: 212-509-5050

                                          _____
                                             Christopher Rodriguez

Sworn to before me this
21 day of December, 2007

_____
Notary Public

DEBORAH MOORE
Notary Public, State of New York
No. 01MO4818549
Qualified in New York County
Commission Expires October 31, 2010