UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
MARIA MARGHERITA PERACCHINO
and MEDIAPRESS S.R.L.,

                      Plaintiffs,            07 Civ. 3257 (LTS)

    -against-

VINCENZO MARRA and
JOHN DOE COMPANY,

                     Defendants.
-------------------------------------------------X

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs MARIA MARGHERITA PERACCHINO and MEDIAPRESS S.R.L. hereby voluntarily dismiss this action against Defendant JOHN DOE COMPANY only, without prejudice. This action shall continue against Defendant VINCENZO MARRA.

Dated: December 14, 2007
       New York, New York

Wuersch & Gering LLP
Attorneys for Plaintiffs

By: _____
Francesco Di Pietro (FD 6383)
100 Wall Street, 21st Floor
New York, New York 10005
(212) 509-5050

SO ORDERED.

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
1/24/2008