**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARIA MARGHERITA PERACCHINO and
MEDIAPRESS S.R.L.,

                    Plaintiffs,

        -against-

VINCENZO MARRA,

                Defendant.
-------------------------------------------------------------X

07 CIVIL 3257 (LTS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08

        Defendant having moved to dismiss, and the matter having come before the Honorable Laura T. Swain, United States District Judge, and the Court, on January 24, 2008, having rendered its Order granting defendant's motion to dismiss the action for lack of subject matter jurisdiction and dismissing the action for lack of subject matter jurisdiction, it is,

        **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 24, 2008, defendant's motion to dismiss the action for lack of subject matter jurisdiction is granted and the action is dismissed for lack of subject matter jurisdiction; accordingly, the case is closed.

**Dated:** New York, New York
            January 25, 2008

                                                  **J. MICHAEL McMAHON**
                                                      Clerk of Court
                          BY:
                                                           Deputy Clerk

                                               THIS DOCUMENT WAS ENTERED
                                               ON THE DOCKET ON _____