UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

MARIA MARGHERITA PERACCHINO and
MEDIAPRESS S.R.L.,

                Plaintiffs,

-v-

VINCENZO MARRA,

                Defendant.

------------------------------------------------------------------X

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3257 (LTS)(HBP)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| _x_ | Specific Non-Dispositive Motion/Dispute:* <br><br> _Discovery dispute in connection with evidentiary hearing re: Defendant's domicile on 4/23/07 for purposes of determining whether diversity exists. Hearing currently scheduled for 4/16/08. <br><br> If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| ___ | Settlement* (Principals to participate as required by Magistrate Judge) | ___ | Habeas Corpus |
| | | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) <br><br> Particular Motion:_____ <br><br> All such motions: ___ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
              March 17, 2008

                                        LAURA TAYLOR SWAIN
                                        United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: MAR 1 7 2008]