100 Wall Street, 21st Floor
New York, NY 10005
Tel. 212-509-5050
Fax 212-509-9559

# WUERSCH & GERING LLP

ATTORNEYS AT LAW

April 10, 2008

USDC SDNY
DOCUMENT
ELECTRONICAL... ...LE
APR 1 1 2008

<u>Via Telefax: 212-805-0417</u>

The Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 755
New York, NY 10007

**MEMO ENDORSED**

    Re:    <u>Maria Margherita Peracchino *et al.* v. Vincenzo Marra
United States District Court, Southern District of New York
07-CV-3257 (LTS)</u>
Our File: 11023-2

Dear Honorable Judge:

    We are attorneys for Maria Margherita Peracchino and MediaPress S.r.l., the plaintiffs in the above-referenced action.

    On April 7, 2008, the parties attended a Court Conference before the Honorable Magistrate Judge Pitman. At the conference, Magistrate Pitman instructed defendant to produce all documents in possession, custody or control of defendant which defendant had not produced on the ground that production would occur after plaintiffs' counsel's execution of a confidentiality agreement. Magistrate Judge Pitman ordered that the documents be produced without the execution of a confidentiality agreement. Magistrate Judge Pitman also instructed the parties that the deposition of defendant be conducted on April 11, 2008.

    Defendant produced documents on April 8 and 9 and plaintiffs will depose defendant on April 11, commencing at 10 am, in accordance with Magistrate Pitman's order.

    Pursuant to Your Honor's order dated February 1, 2008, the parties are requested to exchange and file with this Court marked exhibits and witness lists, by April 11, 2008, at 12:00 noon.

    Given the fact that plaintiffs are still reviewing the documents produced by defendant and that the deposition of defendant will be conducted on April 11, 2008, plaintiffs respectfully request an extension of the time by which to exchange and file marked exhibits and witness lists up to Monday April 14, 2008, at 12:00 noon.

    No previous request of adjournment of the above date has been made.

Copies mailed ~~faxed~~ to Counsel *[handwritten]*
Chambers of Judge Swain
4/10/08

We thank the Court for its attention to this matter.

Respectfully submitted,
Wuersch & Gering LLP

Francesco Di Pietro

CC: Via Fax: 212-935-6424

Leo Kayser III, Esq.
Kayser & Redfern, LLP
Attorneys for Defendants
515 Madison Avenue, 30th Floor
New York, NY 10022

The request is denied.

SO ORDERED.

4/10/08

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2