USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-10-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MARIA MARGHERITA PERACCHINO,
et al.,

      Plaintiffs,   07 Civ. 3257 (LTS)(HBP)

 -against-        ORDER

VINCENZO MARRA,

      Defendant.

-----------------------------------X

   PITMAN, United States Magistrate Judge:

   A conference having been held in this matter on April 7, 2008 during which various discovery disputes were discussed, for the reasons stated during the course of the conference it is hereby ORDERED that:

   1. Defendant may redact from the tax returns he produces all information other than the address block at the top of the return, the entries reporting earned income and the signature block at the end of the return.

   2. Defendant may redact his social security numbers from all documents he produces.

   3. To the extent defendant discloses his tax returns, social security numbers and telephone numbers (collectively, the "Confidential Information"), such Confidential Information may be disclosed to plain-

tiff's counsel, plaintiff's counsel's office staff and plaintiff herself. However, none of the recipients of the Confidential Information may disclose the Confidential Information to any other individual or entity, and is permitted to use the Confidential Information solely for the purposes of litigating the issue in this action. Any unjustified failure to comply with the terms of this Order will result in the imposition of sanctions, which may include the dismissal of this action. If plaintiff seeks to disclose any of the Confidential Information to an expert witness, the expert witness shall first execute an affidavit confirming that the expert has read this Order and agrees to be bound by the terms of this paragraph prohibiting the disclosure or misuse of the Confidential Information produced by Mr. Mara. Within sixty (60) days of the termination of this action, all documents reflecting the Confidential Information shall be delivered to defendant's counsel.

   4. Defendant was directed to start producing his documents to plaintiff's counsel on April 8 and to conclude his production by April 9, 2008.

     5.  Defendant is directed to appear for his deposition at the office of plaintiff's counsel at 10:00 a.m. on April 11, 2008.

Dated:  New York, New York
        April 10, 2008

SO ORDERED

_____
HENRY PITMAN
United States Magistrate Judge

Copies transmitted to:

Francesco A. DiPietro, Esq.
Wuersch & Gering LLP (NYC)
21st Floor
100 Wall Street
New York, New York  10005

Leo Kayser, III, Esq.
Kayser & Redfern, LLP
30th Floor
515 Madison Avenue
New York, New York  10022