UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

PERRACHINO,

    Plaintiff(s),

-v-                                            No. 07 Civ. 03257 (LTS)(HBP)

MARRA,

    Defendant(s).

-----------------------------------------------------------x



### ORDER[1]

On the basis of the stipulation made on the record of the proceeding held this day in the above-captioned action, the action is dismissed without prejudice and without costs to either party, pursuant to Fed. R. Civ. P. 41(a).

This order terminates all pending motions and the Clerk of Court is respectfully requested to close this case.

Dated: New York, New York
       April 16, 2008

                                                   _____
                                                   LAURA TAYLOR SWAIN
                                                   United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*